# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>           Plaintiff,<br><br>vs.<br><br>HUMBLE HOLDINGS, LLC,<br><br>           Defendants. | **8:17CV418**<br><br>**SHOW CAUSE ORDER** |

Upon notice that the parties are working on a settlement agreement, the court continued the deadline for filing the Rule 26 report to March 16, 2018. To date, the parties have neither jointly moved to dismiss the case, nor filed a Rule 26 report.

Accordingly,

IT IS ORDERED that Plaintiff shall have until April 23, 2018 to show cause why this case should not be dismissed with prejudice. The failure to timely comply with this order will result in dismissal of this action, with prejudice, without further notice.

April 9, 2018.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge